243 F.2d 793
 Lillian SCALA, Plaintiff-Appellant,
v.
Marion B. FOLSOM, as Secretary of Health, Education and Welfare, Defendant-Appellee.
 No. 227.
 Docket 24382.
 United States Court of Appeals Second Circuit.
 Argued March 7, 1957.
 Decided March 28, 1957.
 
 Appeal from a judgment of United States District Court for the District of Connecticut, Robert P. Anderson, Judge.
 Gruber & Turkel, Stamford, Conn. (Milton Turkel, Stamford, Conn., of counsel), for plaintiff-appellant.
 George Cochran Doub, Asst. Atty. Gen. (Simon S. Cohen, U. S. Atty., Hartford, Conn., Samuel D. Slade and Robert S. Green, Attys., Dept. of Justice, Washington, D. C.), for defendant-appellee.
 Before MEDINA and WATERMAN, Circuit Judges, and GALSTON, District Judge.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of Judge Anderson, who had adopted the opinion of Referee Jackson C. Smith.